IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DAMIAN RODERICK WHITE, | Chapter 7 |
| | Case No. 05-21488-SSC |
| | |
| | ORDER INCORPORATING MEMORANDUM DECISION OF SEPTEMBER 28, 2007 |
| Debtor. | (Opinion to Post) |

Based upon this Court's Memorandum Decision dated September 28, 2007, which is incorporated herein by reference:

IT IS ORDERED that the Trustee's Motion to Compel Turnover of Homestead Sales Proceeds is GRANTED.

IT IS FURTHER ORDERED that the Debtor must turn over to the estate the sum of $ 144,816.96 representing the estate's contingent, reversionary interest in the homestead sale proceeds; however, the Debtor need not turn over the vehicle to the Trustee at this time.

IT IS FURTHER ORDERED directing the Trustee to submit a judgment consistent with the Court's Memorandum Decision.

1

1

DATED this 28th day of September, 2007.

2

3

4

5

_Sarah Sharer Curley_ (signature)

6
_____
Honorable Sarah Sharer Curley
7
United States Bankruptcy Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28